

**U. S. Department of Justice**

*Michael F. Easley, Jr.*
United States Attorney
Eastern District of North Carolina

Wells Fargo Capital Center
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

Telephone (919) 856-4530
FAX (919) 856-4487
Usdoj.gov/usao/nce

DATE: February 28, 2023

TO: Clerk's Office,
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: MICHAEL F. EASLEY, JR.
United States Attorney

ATTN OF: JIMMIE BELLAMY, JB
Assistant United States Attorney

SUBJECT: United States v. Daryl Delshawn Staton a/k/a "Cando"
No. 4:23CR15 - Eastern Division

Please issue an arrest warrant for the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office. The warrant should be returnable before the U.S. Magistrate Judge.

cc: US Marshal Service